IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRACO USA, INC. f/k/a <br> FRACO PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE <br> COMPANY AND AMERICAN <br> GUARANTEE AND LIABILITY <br> INSURANCE COMPANY <br> Defendants, | § § § § § § § § § § § § § § | CIVIL ACTION NO. SA 11 CA 0196 XR |

## AGREED MOTION TO DISMISS

To the Honorable United States District Court:

Plaintiff FRACO USA, Inc. f/k/a FRACO Products, Inc. (Fraco) and Defendants Zurich American Insurance Company (Zurich) and American Guarantee and Liability Insurance Company (American) jointly move the Court to dismiss this case, without prejudice, and respectfully show the Court the following:

Plaintiff Fraco no longer desires to pursue its claims against Defendants in this cause.

Counsel for Plaintiff Fraco and Defendants Zurich and American have conferred as required by the Federal Rules of Civil Procedure, the Local Rules for the Western District of Texas and this Court's rules and have agreed to this motion to dismiss all claims and controversies as set forth in this cause without prejudice.

Wherefore, premises considered, Plaintiff Fraco and Defendants Zurich and American respectfully request the Court enter an order dismissing all claims in this case without prejudice, taxing all costs to the party that has incurred such costs, together with such other and further

relief to which they are justly entitled, at law or in equity.

Respectfully submitted,

RAY, VALDEZ, McCHRISTIAN, JEANS, P.C.
A Professional Corporation
North Frost Center
1250 NE Loop 410, Ste. 700
San Antonio, Texas 78209
(210)341-3554
(210)341-3557 (FAX)

By: _____
William L. Powers
State Bar No. 16218920
H. L. Buddy Socks
State Bar No. 18819800
Jeff Ray
State Bar No. 16604400

Attorneys for Plaintiff
FRACO USA, Inc. f/k/a FRACO Products, Inc.


VAN OSSELAER & BUCHANAN, LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
512-225-2800
512-225-2801 (fax)

By: _____
Brittan L. Buchanan
State Bar No. 03285680
Rebecca DiMasi
State Bar No. 24007115

Attorneys for Defendants
Zurich American Insurance Company and
American Guarantee and Liability Insurance
Company

Jt Motion Dismiss (#364538)        Page 2