IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED

SEP 1 5 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| FRACO USA, INC. § § | |
| Plaintiff § § | |
| v. § § | No. SA-11-CA-196 |
| ZURICH AMERICAN INSURANCE § COMPANY and AMERICAN GUARANTEE § AND LIABILITY INSURANCE COMPANY § § | |
| Defendants § § | |

### ORDER OF DISMISSAL

On this day came on to be considered the above-styled and numbered cause. On September 12, 2011, the Plaintiff and the Defendants filed a joint motion to dismiss, notifying the Court that they had settled and compromised their differences. The Court, having considered the motion, finds that the following orders should be entered.

IT IS ORDERED that the joint motion to dismiss the above-styled and numbered cause be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that the above cause be, and it is hereby, DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

SIGNED AND ENTERED this 14th day of September, 2011.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE